1026

No. 1181. WAGNER ET AL. *v.* BALLANTYNE INSTRUMENTS & ELECTRONICS, INC. C. A. 6th Cir. Certiorari denied. *Bruce Tittel* for petitioners. *Max Wall* for respondent.

No. 1182. UELMEN ET AL. *v.* FREEMAN, SECRETARY OF AGRICULTURE. C. A. 7th Cir. Certiorari denied. *George M. St. Peter* for petitioners. *Solicitor General Griswold* for respondent.

No. 1183. MESSINA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham Glasser* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1192. TACKETT, JUDGE *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied. *Anthony J. Albert* for petitioner. *Boston E. Witt,* Attorney General of New Mexico, and *James V. Noble,* Assistant Attorney General, for respondent.

No. 1197. McKOY ET UX., DBA BELVOIR RESTAURANT *v.* UNITED STATES BY RAMSEY CLARK, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied. *Frank M. McCann* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Pollak* for the United States.

No. 1199. MEAUX ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *C. Anthony Friloux, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.